719 A.2d 1018

IN THE MATTER OF HUGH J. BREYER,
AN ATTORNEY AT LAW.

October 29, 1998.

## ORDER

**HUGH J. BREYER** of **LAWRENCEVILLE,** who was admitted to the bar of this State in 1983, having pleaded guilty to an accusation charging him with third-degree theft by failure to make required disposition of property received, in violation of *N.J.S.A.* 2C:20–9, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **HUGH J. BREYER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **HUGH J. BREYER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **HUGH J. BREYER** comply with *Rule* 1:20–20 dealing with suspended attorneys.